UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CLERK OF THE CIRCUIT COURT AND COMPTROLLER FOR COLLIER COUNTY, FLORIDA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ET AL.,<br><br>        Defendants. | Civil Action No. 2:19-cv-515 |

**NOTICE OF REMOVAL**

TO:    The Honorable Judge of the United States District Court
         for the Middle District of Florida

The United States Securities and Exchange Commission ("SEC") respectfully notifies the Court and the Plaintiff that the above-captioned cause now pending in the Circuit Court of the 20th Judicial Circuit, Case No. 11-2019-CA-002698-0001-XX, captioned <u>Clerk of the Circuit Court and Comptroller for Collier County, Florida v. United States Securities and Exchange Commission, The M.B.W. Building, Inc.</u>, is removed to this Court, under the provisions of Title 28, United States Code, Sections 1442(a)(1), 1444, and 1446.

In support thereof, the SEC advises the Court as follows:

        1.    On July 3, 2019, Plaintiff Clerk of the Circuit Court and Comptroller for Collier County, Florida ("Comptroller") filed the instant action in the Circuit Court of the 20th Judicial Circuit.

-1-

2.	Although service on the SEC was not perfected in accordance with Federal Rule of Civil Procedure 4(i) or 28 U.S.C. § 2410, the SEC nevertheless received a copy of the complaint on or about July 10, 2019.

3.	The SEC was named as a defendant in the action.

4.	Accordingly, this action is removable pursuant to the provisions of 28 U.S.C. §§ 1442(a)(1), 1444, and 1446.

5.	Copies of all pleadings and process obtained by the SEC relevant to this proceeding are attached hereto.

6.	The SEC first received notice of this action on or about July 10, 2019. This notice of removal is filed within 30 days of the receipt of said notice.

WHEREFORE, the Commission gives notice that the within action is removed to the United States District Court for the Middle District of Florida.

Dated:  July 24, 2019
Washington, D.C.

Respectfully submitted,

s/MICHAEL J. ROESSNER
Michael J. Roessner
Attorney for Defendant
United States Securities and Exchange Commission
100 F Street, N.E., Mail Stop 5985
Washington, D.C. 20549
Tel:  (202) 551-4347
Fax:  (703) 813-9366
Email:  RoessnerM@SEC.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, a copy of the foregoing Notice of Removal was filed electronically. A copy of this Notice of Removal was mailed by regular U.S. mail, postage prepaid to the following:

Scott Harlowe
The Law Office of Travis R. Walker, P.A.
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
interpleaders@traviswalker.com
Counsel for the Comptroller

-and-

The M.B.W. Building, Inc.
c/o Mayra Vanoy, as registered agent
3626 13th Avenue, SW
Naples, Florida 34117


                              s/MICHAEL J. ROESSNER
                              Michael J. Roessner