Showcase

## Home / Case Search / 11-2019-CA-002698-0001-XX

 Print ()    ← Back to Results

**Case #:** 11-2019-CA-002698-0001-XX

**Offense Date:** Invalid date

**Party Name/Company:** Clerk Of The Circuit Court And Comptroller For Collier County Florida,

**File Date:** 07/03/2019

**Party Type:** Plaintiff

**Status:** Pending

**Name Suffix:**

**Case Type:** Other Circuit Civil

**DOB:** Invalid date

**Court Type:** CA

**Citation #:**

**Parties ()**  **Dockets ()**  **Charges ()**  **Sentences ()**  **Fees ()**  Cou

 Combine Documents

| Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|
| 🖇 () ☐ | 1 | 07/03/2019 | 0 | Civil Cover Sheet |
| 🖇 () ☐ | 2 | 07/03/2019 | 0 | Summons issued |
| 🖇 () ☐ | 3 | 07/03/2019 | 0 | Summons issued |
| 🖇 () ☐ | 4 | 07/03/2019 | 0 | Complaint |
|  | 5 | 07/03/2019 | 0 | Other Circuit Civil |
| 🖇 () ☐ | 6 | 07/03/2019 | 0 | Standing Order - Circuit |
| 🖇 () ☐ | 7 | 07/08/2019 | 0 | Paid $420.00 on receipt 1036415, Fully Paid |

| | Image | Docket Num | Effective | Count | Description |
|---|---|---|---|---|---|
| | 📎 () ☐ | 8 | 07/15/2019 | 0 | Notice of Service of Summons On United States Securities And Exhange Commission |
| | 📎 () ☐ | 9 | 07/15/2019 | 0 | Return of Service of Summons on United States Securities And Exchange Commission,, served 07/11/2019 |
| | 📎 () ☐ | 10 | 07/17/2019 | 0 | Notice of Service of The M.B.W Building Inc |
| | 📎 () ☐ | 11 | 07/17/2019 | 0 | Return of Service of Summons on The Mbw Building Inc,, served 07/15/2019 |

Showing 1 to 11 of 11 entries

1

If you have questions or specific concerns, please contact our Helpdesk at (239) 252-8368

© 2019 - ShowCase is a registered trademark™ of Equivant