Case 2:19-cv-00515-SPC-M_M Document 4 Filed 07/34/19 Page 1 of 4 PageID 133
Case 2:19-cv-00515 Document 1-1 Filed 07/24/19 Page 3 of 59 PageID 96
11-2019-CA-002698-0001-XX
Filing # 92048384 E-Filed 07/03/2019 10:04:38 AM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

CLERK OF THE CIRCUIT COURT AND
COMPTROLLER FOR COLLIER COUNTY,
FLORIDA

CASE NO:

    Plaintiff,

vs.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
THE M.B.W. BUILDING, INC.
    Defendants.

_____/

## COMPLAINT FOR INTERPLEADER

COMES NOW, the Plaintiff, CLERK OF THE CIRCUIT COURT AND COMPTROLLER FOR COLLIER COUNTY, FLORIDA, (hereinafter the "Clerk") sues the Defendants and states as follows:

1. This is an action for interpleader for an amount of more than Fifteen Thousand Dollars ($15,000).

2. The property which is the subject of this action (the "Subject Property") is located in Collier County, Florida, and is described as follows:

    a. <u>Legal Description</u>: The Legal Description is as is provided in the Tax Deed for the Subject Property, a copy of which is attached hereto as **Exhibit "A"**;

    b. <u>Subject Property Address</u>: 12355 Collier Blvd. Suite C, Naples, FL. 34116.

3. Venue is proper in and for Collier County, Florida, pursuant to §47.011, Florida Statutes.

4. The Clerk is the duly elected Clerk of Circuit Court and Comptroller for Collier County, Florida.

5.  On or about December 5, 2016, the Clerk conducted a tax deed sale pursuant to §197.542, Florida Statutes, for the Subject Property. See Affidavit of Deputy Clerk, which is attached hereto as **Exhibit "B."** The Subject Property was sold pursuant to Tax Deed File Number 13945. (*See* **Exhibit "A".**)

6.  After the Subject Property was sold at a tax deed sale, surplus funds remain in a tax overbid account (the "Surplus Funds") which are in the possession and control of the Clerk. (*See* **Exhibit "B".**)

7.  At the time of the tax deed sale, THE M.B.W. BUILDING, INC. was the owner of record of the Subject Property, pursuant to a Certificate of Title recorded at Book 4656, Page 2827 of the Official Records of Collier County, Florida. THE M.B.W. BUILDING, INC. submitted a statement of claim for the Surplus Funds. A copy of the Certificate of Title and the statement of claim are attached hereto as **Composite Exhibit "C"**. In this capacity, THE M.B.W. BUILDING, INC. may have an interest in the Surplus Funds

8.  The UNITED STATES SECURITIES AND EXCHANGE COMMISSION (the "SEC") submitted a claim for the Surplus Funds, a copy of which is attached hereto as **Exhibit "D"**.

9.  The SEC's claim asserts an entitlement to the Surplus Funds by virtue of Orders and Judgments issued in <u>SEC v. William L. Gunlicks and Pamela L. Gunlicks</u>, 2:09-cv-229-FtM-29DNF (M.D. Fla 2009), hereinafter referred to as the "Gunlicks Proceeding". (See **Exhibit "D".**)

10. The Orders and Judgments contained in the SEC's claim are neither certified nor recorded in the Official Records of Collier County Florida. As a result, the Clerk cannot determine the validity of the SEC's claim.

11. The SEC may have a viable interest in the Surplus Funds.

12. Prior to THE M.B.W. BUILDING, INC. taking possession of the Subject Property, the previous owners William L. Gunlicks and Pamela L. Gunlicks, were under an order of receivership in the Gunlicks Proceeding forbidding them to dispose of property absent court order. This order of receivership was recorded at Book 4631, Page 851 of the Official Records of Collier County, Florida. Copy of this order is attached hereto as **Exhibit "E"**.

13. Pursuant to an order recorded at Book 4631, Page 912, of the Official Records of Collier County, and attached hereto as **Exhibit "F"**, the Court in the Gunlicks Proceeding was "inclined to grant the motion" permitting the Gunlicks to voluntarily sell the property.

14. Since THE M.B.W. BUILDING, INC. took ownership of the Subject Property from the Gunlicks in an involuntary foreclosure proceeding in which THE M.B.W. BUILDING, INC. was Plaintiff, it is unknown if the Order of Receivership and Order of Relief therefrom (**Exhibits "E"** and **Exhibit "F"** respectively) affect the SEC's or THE M.B.W. BUILDING, INC's entitlement to the Surplus Funds.

15. As a result of the Defendants' potential interests in the Subject Property, potentially conflicting claims and/or rights to the Surplus Funds exist.

16. Pursuant to §197.582(3), if "potentially conflicting claims to the funds exist, the Clerk may initiate an interpleader action against the lienholders involved, and the court shall determine the proper distribution."

17. The Clerk has no knowledge as to the validity of the Defendants' conflicting and competing claims to the Surplus Funds and did not cause the conflicting claims between the Defendants. The Clerk has no interest in the final disposition of the tax deed monies among or between the Defendants.

18. The Clerk cannot determine which, if any, of the Defendants are entitled to all or a portion of the Surplus Funds and runs the risk of being exposed to double or multiple liabilities if the Clerk distributes the Surplus Funds, in part or in total, to any of the Defendants in accordance with their respective claims or rights to receive Surplus Funds.

19. The Clerk is entitled to receive attorney's fees and costs in this matter, pursuant to Fla. Stat. §197.582(3) paid from the overbid funds.

**WHEREFORE**, pursuant to Rule 1.240, Florida Rules of Civil Procedure, and pursuant to Fla Stat § 197.582(3), the Clerk joins the Defendants in this Interpleader Action, requests that the Court requires the Defendants to plead their claims against each other to the tax deed overbid funds, requests an Order dismissing the Clerk from this Interpleader Action, requests attorney's fees and costs be paid to the Clerk for initiating this Interpleader Action, and requests any other such relief as the Court deems just and proper.

DATED this 3rd day of July 2019.

/s/ *Scott R. Harlowe*
SCOTT HARLOWE, ESQ.
Florida Bar No. 0010415
The Law Offices of Travis R. Walker, P.A.
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
Tel: (772) 708-0952
Email: Interpleaders@traviswalkerlaw.com
scott@traviswalkerlaw.com